# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**NANCY E. KOVACS,**

        Plaintiff-Appellant,

    v.                                     CASE NUMBER: **10-C-970**

                                                    Bankr. Case No. 01-27782-JES

**UNITED STATES OF AMERICA,**          Adversary Case No. 05-2462

        Defendant-Appellee.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the bankruptcy court's memorandum decision and order for judgment entered on September 15, 2010,** *In re Kovacs*, **Bankr. No. 01-27782-jes; Adversary No. 05-2462, the September 15, 2010, judgment entered on that decision, and the October 22, 2010, order denying Kovacs' motion to amend judgment and for an award of litigation attorney's fees and costs are REVERSED as to the actual damage award under § 7433 and REMANDED for further proceedings under § 7430.**

**This action is hereby DISMISSED.**

    **September 30, 2011**                                     **JON W. SANFILIPPO**
Date                                                                 Clerk

                                                                    s/ Linda M. Zik
                                                                    (By) Deputy Clerk